

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **1:25-cr-00405**<br>**Judge Andrea R. Wood** |
| v. | ) No. | **Magistrate Judge Daniel P. McLaughlin**<br>**RANDOM / Cat. 3** |
| DWAYNE DUPLESSIS | ) | |
| | ) | **INFORMATION** |

The UNITED STATES ATTORNEY charges:

1. At times material to this information:

### *Individuals and Entities Involved*

a. Company A was headquartered in Atlanta, Georgia. Subsidiary A, a subsidiary of Company A, was a freight brokerage company headquartered in Chicago, Illinois.

b. From approximately October 2017 through March 2023, defendant DWAYNE DUPLESSIS was employed by Subsidiary A in the Accounts Payable department, processing invoice payments to freight carriers that fulfilled delivery contracts with Subsidiary A (the "Carriers").

### *The Fraudulent Scheme*

2. Beginning no later than in or around December 2022, and continuing until in or around February 2023, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DWAYNE DUPLESSIS,

defendant herein, knowingly devised, intended to devise, and participated in a scheme to defraud and obtain money from Company A by means of materially false

and fraudulent pretenses and representations, and concealment of material facts, as further described below.

3. It was part of the scheme that DUPLESSIS knowingly accessed Subsidiary A's electronic payment system to void payments from Company A to the Carriers, despite knowing that Company A had properly paid the Carriers for completed shipments.

4. It was further part of the scheme that DUPLESSIS used Subsidiary A's electronic payment system to re-issue the voided payments from Company A to bank accounts belonging to individuals known and unknown and used by DUPLESSIS (the "DUPLESSIS Straw Bank Accounts").

5. It was further part of the scheme that DUPLESSIS accessed the funds deposited from Company A into the DUPLESSIS Straw Bank Accounts, including but not limited to, by directing others to make cash withdrawals from the DUPLESSIS Straw Bank Accounts and provide him with the proceeds or by directing others to make electronic transfers from the DUPLESSIS Straw Bank Accounts to other bank accounts held or controlled by DUPLESSIS.

6. It was further part of the scheme that DUPLESSIS misrepresented, concealed, and hid, and caused to be misrepresented, concealed, and hidden, the existence and purpose of the scheme and the acts done in furtherance of the scheme, including by disguising the fraudulent payments to the DUPLESSIS Straw Bank Accounts as legitimate payments to freight carriers.

7. As a result of the scheme, DUPLESSIS stole approximately $54,244 from Company A.

8. On or about February 15, 2023, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DWAYNE DUPLESSIS,

defendant herein, for the purposes of executing the above-described scheme, knowingly caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, and signals, namely, an electronic payment in the amount of approximately $2,300, which payment was processed by a server located in Texas;

In violation of Title 18, United States Code, Section 1343.

CHRISTINE O'NEILL
Digitally signed by CHRISTINE O'NEILL
Date: 2025.07.10 17:47:31 -05'00'

Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY